STEPHEN D. CALLAHAN, as Administrator, etc., Respondent, *v.*
THOMAS R. SHARP, Receiver, etc., Appellant.

(Argued March 21, 1884 ; decided April 15, 1884.)

*Edward E. Sprague* for appellant.

*Roger A. Pryor* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

SARAH SOLOMON, Administratrix, etc., Appellant, *v.* THE MAN-
HATTAN RAILWAY COMPANY, Respondent.

(Argued March 21, 1884; decided April 15, 1884.)

*George Putnam Smith* for appellant.

*Robert E. Deyo* for respondent.

Agree to dismiss appeal upon authority of *Harris* v. *Bur-
dett* (73 N. Y. 136) and *Bronk* v. *N. Y. & N. H. R. R. Co.*
(*ante,* p. 656).
All concur.
Appeal dismissed.